# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO.  5:91CR5008LAC

THOMAS LEE STEPHENS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   September 1, 2005

Motion/Pleadings:   MOTION TO REDUCE PURSUANT TO 18 U.S.C. 3582(c)(2)

Filed by DEFENDANT PRO SE    on 8/31/05    Doc.# 196

RESPONSES:

BY GOVERNMENT    on 8/31/05    Doc.# 195

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)

/s/ / Mary Maloy-Wells
Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of September, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b) The Court adopts the well reasoned response submitted by the Government.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.