# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                         CASE NO. 5:91cr5008LAC

THOMAS LEE STEPHENS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on September 29, 2005
Motion/Pleadings: MOTION TO RECALL REFERRAL AND ORDER DATED 9/6/05
Filed by DEFENDANT PRO SE on 9/15/05 Doc.# 198

RESPONSES:

         on       Doc.#
         on       Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy-Wells
LC (1 OR 2)           Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of October, 2005, that:*

*(a) The relief requested is* **DENIED.**

*(b)* ____

s/*L.A. Collier*
**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.