# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                        CASE NO.  5:91cr5008LAC

THOMAS L. STEPHENS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   November 16, 2006

Motion/Pleadings:   INDEPENDENT ACTION UNDER RULE 60(b) SAVINGS CLAUSE

Filed by DEFENDANT PRO SE         on  10/23/2006        Doc.# 200

RESPONSES:

GOVERNMENT                        on 12/1/2006          Doc.# 201

                                                          on                     Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)              Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of December, 2006, that:*

*(a) The relief requested is **DENIED** as untimely and on the merits.*

*(b) The Court adopts the well stated reasoning presented in the Government's response*

s/ *L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.