**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

    VS                                            CASE NO.  5:91cr5008LAC

THOMAS LEE STEPHENS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   January 3, 2007
Motion/Pleadings:   MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e)
Filed by DEFENDANT PRO SE   on   12/21/2006   Doc.# 203
RESPONSES:
                                       on                  Doc.#
                                       on                  Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

                                   WILLIAM M. McCOOL, CLERK OF COURT

                                   *s/Mary Maloy*
LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of January, 2007, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

                                                  s/*L.A. Collier*
                                                ***LACEY A. COLLIER***
                                   *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.