FLN (Rev. 3/2007) Deficiency Order  
5:91cr5008LAC - UNITED STATES OF AMERICA vs. THOMAS L. STEPHENS

Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    vs                                         Case No.5:91cr5008LAC

THOMAS L. STEPHENS

_____

## ORDER

Your document, **MOTION REQUESTING THAT THIS HONORABLE COURT ISSUE AMENDED ORDER**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 17th day of September, 2007.

                                                  *s/L.A. Collier*  
                                                  LACEY A. COLLIER  
                                                  SENIOR UNITED STATES DISTRICT JUDGE