IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              5:91cr5008-WS

THOMAS LEE STEPHENS,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 241) docketed September 1, 2011.  The magistrate judge recommends that the defendant's motion for preservation of rights (doc. 240) be denied.  The defendants has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 241) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's motion for preservation of rights (doc. 240) is hereby DENIED.

DONE AND ORDERED this ___3rd___ day of ___October___, 2011.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE